UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE:   **Cesar VILLACANA**
      **Docket Number:   2:11CR00202-01**
      **PERMISSION TO TRAVEL**
      **OUTSIDE THE COUNTRY**

Your Honor:

Mr. Villacana is requesting permission to travel to Mexico.  He has presented no issues during supervision, maintains appropriate contact with the United States Probation Office, and is gainfully employed.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 4, 2009, Mr. Villacana was sentenced for the offense(s) of 8 USC 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(I) - Conspiracy to Transport and Harbor Illegal Aliens for Profit (CLASS C FELONY).

**Sentence Imposed:**  27 months custody Bureau of Prisons; 36 months Supervised Release; $100 special assessment.

**Dates and Mode of Travel:**  Depart June 19, 2012; Return June 24, 2012, via air travel.

**Purpose:** On July 19, 2011, Mr. Villacana was authorized travel to Mexico to be married and to have surgery.  On November 9, 2011, he was authorized travel to Mexico to visit with his wife and daughter who continue to reside there.  On April 1, 2012, he was authorized travel to Mexico to be with his wife during the birth of their child.

On today's date, Mr. Villacana received information his young daughter was involved in a serious auto accident.  He is requesting permission to travel to Mexico to be with her.

1

RE:   **Cesar VILLACANA**
      **Docket Number:   2:11CR00202-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Kyriacos M. Simonidis for


**LORI L. KOEHNEN**
**Senior United States Probation Officer**

DATED:       June 19, 2012
             Sacramento, California
             LLK:cd


**REVIEWED BY:**      /s/ Kyriacos M. Simonidis for
                     **MICHAEL A. SIPE**
                     **Supervising United States Probation Officer**


ORDER OF THE COURT:

Approved - X


    6/19/2012                           /s/ John A. Mendez
Date                               John A. Mendez
                                   United States District Court Judge

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG