UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                        **RE:**    **Cesar VILLACANA**
                                                    **Docket Number:   2:11CR00202-01**
                                                    **PERMISSION TO TRAVEL**
                                                    **OUTSIDE THE COUNTRY**

Your Honor:

Mr. Villacana is requesting permission to travel to Purvandiro, Michoacan, Mexico. He has presented no issues during supervision, maintains appropriate contact with the United States Probation Office, and is gainfully employed. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 4, 2009, Mr. Villacana was sentenced for the offense(s) of 8 USC 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(I) - Conspiracy to Transport and Harbor Illegal Aliens for Profit (CLASS C FELONY).

**Sentence Imposed:** 27 months custody Bureau of Prisons; 36 months Supervised Release; $100 special assessment.

**Dates and Mode of Travel:** Depart September 7, 2012; Return September 28, 2012, via air travel.

**Purpose:** To attend son's baptism, and to see wife and children.

**RE:**   Cesar VILLACANA
          Docket Number:   2:11CR00202-01
          <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

          Respectfully submitted,

          /s/ Michael A. Sipe for

          **LORI L. KOEHNEN**
          **Senior United States Probation Officer**

DATED:   August 20, 2012
         Sacramento, California
         LLK:cd

**REVIEWED BY:**   /s/ Michael A. Sipe
                   **MICHAEL A. SIPE**
                   **Supervising United States Probation Officer**

---

ORDER OF THE COURT:

Approved

   8/20/2012                     /s/ John A. Mendez
Date                                     John A. Mendez
                                         United States District Court Judge