UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE:  Cesar Villacana**<br>Docket Number:  0972 2:11CR00202-001<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Cesar Villacana is requesting permission to travel to Mexico.  Mr. Villacana is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 4, 2009, Cesar Villacana was sentenced for the offense(s) of 8 USC 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(I) - Conspiracy to Transport and Harbor Illegal Aliens for Profit (CLASS C FELONY).

**Sentence Imposed:**  27 months custody of the Bureau of Prisons; 36-month Term of Supervised Release; $100 special assessment.

**Dates and Mode of Travel:**  Departs December 6, 2013; returns January 2, 2014; Air travel.

**Purpose:**  Previously, on July 19, 2011, the Court in Arizona authorized the offender to travel to Mexico to be married, and to have surgery.  The Court in the Eastern District of California authorized the offender to travel to Mexico to visit with his wife and children on November 9, 2011, February 13, 2012, June 19, 2012, August 20, 2012, November 9, 2012, February 21, 2013, May 21, 2013, and November 10, 2013.  Mr. Villacana is again requesting travel to Mexico to visit his family, and celebrate his daughter's wedding on December 20, 2013.

RE: Cesar Villacana
Docket Number: 0972 2:11CR00202-001
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
United States Probation Officer

Dated: December 3, 2013
Roseville, California
/jaf

/s/ Michael A. Sipe

**REVIEWED BY:   MICHAEL A. SIPE**
Supervising United States Probation Officer

---

# ORDER OF THE COURT

☒   Approved

12/4/2013                                           /s/ John A. Mendez
**Date**                                                 John A. Mendez
                                                             United States District Court Judge

2

REV. 09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX